UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

*************************************************************
STEPHEN A. METSACK and
GAIL D. METSACK,
        Plaintiffs     Civil Action No.
                                                                            3:14-CV-01150-VLB
v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY
and
ALLSTATE INSURANCE COMPANY,     April 24, 2017
        Defendants
*************************************************************

## STIPULATION OF DISMISSAL

NOW COME the parties to the above-captioned action, by their respective attorneys, and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, give this Honorable Court notice of the dismissal, with prejudice and without costs to any party, of any and all claims, counterclaims and cross-claims which were or could have been made a part of this civil action, hereby also waiving any right of appeal or retrial in any other court.

| FOR THE PLAINTIFFS: | FOR THE DEFENDANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY: |
|---|---|
| /s/ Jeffrey R. Lindequist. | /s/ Kieran W. Leary |
| Jeffrey R. Lindequist, Esq. | Kieran W. Leary, Esq. |
| Law Office of Michael D. Parker | Howd & Ludorf, LLC |
| One Monarch Place, Suite 2220 | 65 Wethersfield Avenue |
| Springfield, MA 01144 | Hartford, CT 06114 |
| E-mail: jlindequist@mdparkerlaw.com | Telephone: (860) 249-1361 |
| Federal Bar #ct29425 | E-mail: kleary@hl-law.com |
| | Federal Bar #ct29484 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2017, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jeffrey R. Lindequist